IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CORTEZ YARBOUGH,

Defendant.                                          13-cr-30125-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant's motion for discovery (Doc. 117). The government opposes the motion and seeks a protective order (Doc. 121). Defendant, who is currently out on bond, seeks the Court's permission for his counsel to provide him with copies of discovery material provided by the government in order to prevent him having to drive long distances to and from his attorney's office to review said material. The United States opposes defendant's motion out of safety concerns and seeks a protective order from the Court directing that any discovery provided by the government may be shown to the defendant by his attorney but a copy may not be given or otherwise provided to defendant.

For the reasons stated in the government's response to defendant's motion, the Court **HEREBY DENIES** defendant's motion for discovery and **GRANTS** the government's request for a protective order. The Court **ORDERS** that any

discovery the government provides to defendant's attorney, defendant's attorney may show his client but may not provide copies of any discovery to, or otherwise allow defendant to obtain copies of any discovery, and/or have any discovery in defendant's possession at any time outside of counsel's office.

**IT IS SO ORDERED.**

Signed this 2nd day of August, 2013.

Digitally signed by David R. Herndon
Date: 2013.08.02 14:47:06 -05'00'

**Chief Judge
United States District Court**